UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY J. CALHOUN,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | Case No. CV 11-684 JC<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that, in accordance with the parties' stipulation and the concurrently issued Order of Dismissal, this matter is dismissed with prejudice, each party to bear its own fees, costs and expenses.

IT IS SO ADJUDGED

DATED: May 5, 2011

                                              /s/
                                Honorable Jacqueline Chooljian
                                UNITED STATES MAGISTRATE JUDGE